The People of the State of Illinois, appellee, v. Rudolph Mourek, appellant. Gen. No. 36,805.

Opinion filed December 13, 1933. Rehearing denied December 27, 1933.

Michael B. Roderick, for appellant. Thomas J. Courtney, State's Attorney, for appellee; Edward E. Wilson, Grenville Beardsley and J. Albert Woll, Assistant State's Attorneys, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Thomas D. Collins et al., appellees, v. John M. Pratt et al., appellants. Gen. No. 36,940.

Opinion filed December 13, 1933.

Russell, Murphy & Quigley and Deming, Jarrett & Mulfinger, for appellants. John K. Murphy and David S. Eisendrath, for appellees.

Mr. Justice Hebel delivered the opinion of the court.

John Burnham et al., appellees, v. John Lenc et al., defendants, on appeal of Helmer Lidstrom and Hulda Lidstrom, appellants. Gen. No. 36,963.

Opinion filed December 13, 1933. Rehearing denied December 27, 1933.

Edelson, Edelson & Wise, for appellants. Dunbar & Rich, Joseph S. Perry and Kirby H. Wells, for appellees.

Mr. Justice Hebel delivered the opinion of the court.

Hugh Scott, appellee, v. Max S. Sickle, Jr., appellant. Gen. No. 36,564.

Opinion filed December 13, 1933.

E. R. Hartigan, for appellant. Beegun & Stenn, for appellee; Walter E. Moss and Max E. Beegun, of counsel.

Mr. Justice Wilson delivered the opinion of the court.